**Order entered January 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01223-CV

### IN THE INTEREST OF I.S., A CHILD

### On Appeal from the 469th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 469-55837-2013

## ORDER

We **REINSTATE** this appeal which we abated, on appellant's motion, to allow the trial court an opportunity to make written findings of fact and conclusions of law. By motion filed January 22, 2019, appellant seeks to withdraw the motion to abate, have our abatement order vacated, and have a deadline set for filing her brief.

We **GRANT** the motion, **VACATE** our January 4, 2019 order of abatement, and **ORDER** appellant to file her brief no later than February 25, 2019. In light of this order, we **DENY** as moot the trial court's January 23, 2019 request for clarification, or in the alternative, request for extension.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Piper McGraw, Presiding Judge of the 469th Judicial District Court, Collin County District Clerk Lynne Finley, and the parties

/s/    ERIN A. NOWELL
        JUSTICE